UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>  Plaintiff<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>  Defendants | Case No.: 2:21-cv-02133-APG-VCF<br><br>**Order Directing Defendants to Respond to Motion for Injunctive Relief**<br><br>[ECF No. 3] |

Plaintiff S. Seanah Dixon filed a motion for injunctive relief, asserting that her life is in danger because the defendants have failed to promptly have her seen by a cardiologist despite knowing of her life-threatening heart condition. Dixon alleges that the defendants transferred her from Ely State Prison to High Desert State Prison for the purpose of having her seen by a cardiologist, but she still has not been seen by a cardiologist. Dixon's complaint has not yet been screened, but given the nature of her allegations I will direct the Attorney General's Office to respond to the motion.

I THEREFORE ORDER that by December 9, 2021, the Attorney General's Office will advise the court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for injunctive relief. Additionally, based on the nature of the allegations, the defendants will also have until December 9, 2021 to file their response to Dixon's motion for injunctive relief (ECF No. 3).

I FURTHER ORDER that if Dixon chooses to file a reply, she will do so within five days after the defendants file a response.

I FURTHER ORDER the clerk of the court to electronically serve a copy of this order, a copy of Dixon's complaint (ECF No. 1-1), a copy of Dixon's motion for injunctive relief (ECF

No. 3), and her supporting declaration (ECF No. 1-2) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any defendant.

DATED this 1st day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE