UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON, (#62866), aka Sean J. Dixon <br><br> Plaintiff <br><br> v. <br><br> MICHAEL MINEV, *et al*., <br><br> Defendants | Case No.  2:21-cv-02133-APG-VCF <br><br> **ORDER** |

S. Seanah Dixon is an inmate in the custody of the Nevada Department of Corrections (NDOC).  On December 1, 2021, Dixon submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. ECF  Nos. 1-1, 1.  The application to proceed *in forma pauperis* is incomplete.  Plaintiff did not submit with the application a financial certificate or an inmate account statement for the previous six-month period.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this court's approved form (i.e., pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Because the application to proceed *in forma pauperis* (ECF No. 1) is incomplete, I deny it without prejudice. I will grant Dixon a **one-time extension** to file a fully complete application containing all three of the required documents. Dixon will file a fully complete application to proceed *in forma pauperis* by **February 4, 2022.** Absent unusual circumstances, I will <u>not</u> grant any further extensions of time. If Dixon does not file a fully complete application to proceed *in forma pauperis* with all three required documents by **February 4, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Dixon to file a new case when Dixon is able to acquire all three of the documents needed to file a fully complete application or pay the full $402 filing fee.

A dismissal <u>without prejudice</u> means Dixon does not give up the right to refile the case under a new case number when Dixon has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Dixon may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 by **February 4, 2022** to proceed with this case.

I will retain Dixon's civil rights complaint (ECF No. 1-1) but it will not be filed unless and until Dixon timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

I THEREFORE ORDER that the plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

I FURTHER ORDER the Clerk of the Court to send Dixon the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

I FURTHER ORDER that by **February 4, 2022**, Dixon will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this court's approved form (i.e., pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

I FURTHER ORDER that, if Dixon does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action by **February 4, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Dixon to refile the case under a new case number, when Dixon has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

I FURTHER ORDER the Clerk of the Court to retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: December 6, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE