# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

S. SEANAH DIXON,

    Plaintiff

v.

MICHAEL MINEV, et al.,

    Defendants

Case No.: 2:21-cv-02133-APG-VCF

**Order Granting Plaintiff's Motion to Extend Time**

[ECF No. 12]

I ORDER that plaintiff S. Seanah Dixon's motion to extend time (ECF No. 12) is GRANTED.  The plaintiff's reply is due December 29, 2021.

DATED this 21st day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE