UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br>(#62866), aka Sean J. Dixon,<br><br>        Plaintiff<br><br>        v.<br><br>MICHAEL MINEV, *et al.*,<br><br>        Defendants | Case No. 2:21-cv-02133-APG-VCF<br><br>**ORDER** |

**I.    DISCUSSION**

On December 6, 2021, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before February 4, 2022.  (ECF No. 6).  On February 4, 2022, Plaintiff filed a motion for a 60-day extension of time to file a fully complete application to proceed *in forma pauperis* because she had not yet received her financial certificate and income account statement for the previous six-month period from prison officials.  (ECF No. 24). The Court now grants Plaintiff's motion for an extension of time (in part) for a period of 30 days. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee on or before **March 10, 2022**.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time (ECF No. 24) is granted in part.

IT IS FURTHER ORDERED that on or before **March 10, 2022**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

///

///

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **March 10, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

DATED: 2-8-2022 _____

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -