# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>         Plaintiff<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>         Defendants | Case No.: 2:21-cv-02133-APG-VCF<br><br>**Order Denying Motion for Reconsideration, Granting Motion to Extend Time, and Denying Without Prejudice Motion to Extend Time to Pay Appellate Filing Fees**<br><br>[ECF Nos. 23, 26, 29] |

Plaintiff S. Seanah Dixon moves for reconsideration of my order denying her motions for injunctive relief. ECF No. 23. I deny her motion because I find no basis for reconsideration. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); LR 59-1. I grant Dixon's unopposed motion to extend time to file her reply. ECF No. 29; LR 7-2(d).

I deny without prejudice Dixon's motion to extend time to pay appellate filing fees. ECF Nos. 26, 27. That motion was filed on February 7, 2022. If Dixon still needs additional time in relation to any appellate filing fees, she can file an appropriate motion if she elects to pursue her appeal. I note that Dixon has not paid the filing fee or submitted an application to proceed in forma pauperis before this court by the March 10, 2022 deadline imposed by Magistrate Judge Ferenbach. *See* ECF No. 28.

I THEREFORE ORDER that motion for reconsideration **(ECF No. 23) is DENIED**.

I FURTHER ORDER that plaintiff S. Seanah Dixon's motion to extend time **(ECF No. 29) is GRANTED**.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that plaintiff S. Seanah Dixon's motion for extension of time to pay appellate filing fees **(ECF No. 26) is DENIED without prejudice**.

DATED this 19th day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE